STATE OF NORTH CAROLINA v. HENRY NORMAN BARNETT

No. 736SC401

(Filed 23 May 1973)

Criminal Law § 23— voluntariness of guilty plea

Defendant's guilty plea was entered freely, understandingly and voluntarily.

APPEAL by defendant from *Lanier, Judge,* January 1973 Session of Superior Court held in HALIFAX County.

*Attorney General Robert Morgan and Special Counsel Ralph Moody for the State.*

*Josey & Vaughan by Charles J. Vaughan for defendant appellant.*

HEDRICK, Judge.

The record affirmatively discloses that defendant, Henry Norman Barnett, freely, understandingly and voluntarily pleaded guilty to a two-count bill of indictment, proper in form, charging him with felonious breaking and entering and larceny. The judgment imposing a prison sentence of eight years is within the limits prescribed by statute for the offenses charged. The judgment is

Affirmed.

Judges CAMPBELL and PARKER concur.